UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMARA R. KUITTINEN and ) <br> TERO P. KUITTINEN ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE TRANS-ATLANTIC MOTORS, INC. d/b/a ) <br> RILEY VOLVO CARS STAMFORD d/b/a ) <br> VOLVO OF STAMFORD and VOLVO CAR ) <br> USA LLC ) <br>     Defendants ) <br> ) | CIVIL ACTION NO. <br> 3:17-CV-00721-SRU <br><br><br><br><br><br><br><br><br><br> MAY 22, 2017 |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Tamara R. Kuittinen and Tero P. Kuittinen, through their attorney, hereby give notice that the plaintiffs claims shall be dismissed with prejudice, and without costs or attorney's fees.

                                                  PLAINTIFFS, TAMARA R. KUITTINEN and
                                                TERO P. KUITTINEN

                                                By: /s/ *Daniel S. Blinn*
                                                      Daniel S. Blinn (ct02188)
                                                      Consumer Law Group, LLC
                                                      35 Cold Spring Rd. Suite 512
                                                      Rocky Hill, CT  06067
                                                      Tel. (860) 571-0408
                                                      Fax. (860) 571-7457
                                                      dblinn@consumerlawgroup.com

## CERTIFICATION

      I hereby certify that on this 22nd day of May, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn